**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | | |
|---|---|---|
| LEE BAKER, ADC #550939, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 5:16CV00375-SWW |
| ROBERTSON, Building Major/Security, | * | |
| Cummins Unit, ADC; *et al.,* | * | |
| | * | |
| Defendants | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

IT IS SO ORDERED this 17th day of February, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE